DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JODI WEINMAN,**
Appellant,

v.

**ASHLEY ISRAEL,**
Appellee.

No. 4D19-2134

[March 26, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paul A. Damico, Judge; L.T. Case No. 50-2019-DR-005257-XXXX-SB.

Gregory R. Eisinger of Eisinger, Brown, Lewis, Frankel & Chaiet, P.A., Hollywood, for appellant.

Geoffrey M. Cahen of Cahen Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***